# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

**Plaintiff(s):** **Michael Ward, Dr.; Kelli Ward, Dr.; Mole Medical Services, P.C.**

**Defendant(s):** **Bennie Thompson, Chairman; Select Committee to Investigate the January 6th Attack on the United States Capitol; T-Mobile USA, Inc.**

County of Residence: Mohave

County Where Claim For Relief Arose: Mohave

County of Residence: Outside the State of Arizona

Plaintiff's Atty(s):

**Alexander Kolodin** (Michael Ward, Dr.; Kelli Ward, Dr.; Mole Medical Services, P.C. **)**
**Davillier Law Group, LLC**
**4105 North 20th Street**
**Phoenix, Arizona  85016**
**6027302985**

**Roger Strassburg** (Michael Ward, Dr.; Kelli Ward, Dr.; Mole Medical Services, P.C. **)**
**Davillier Law Group, LLC**
**4105 North 20th Street Suite 110**
**Phoenix, Arizona  85016**
**602 730 2985**

**Veronica Lucero** (Michael Ward, Dr.; Kelli Ward, Dr.; Mole Medical Services, P.C. **)**
**Davillier Law Group, LLC**
**4105 North 20th Street Suite 110**
**Phoenix,, Arizona  85016**
**602-730-2985**

**Arno Naeckel** (Michael Ward, Dr.; Kelli Ward, Dr.; Mole Medical Services, P.C. **)**
**Davillier Law Group, LLC**
**4105 North 20th Street**

Defendant's Atty(s):

Phoenix, Arizona  85016
602-730-2985

**Laurin Mills (pro hac to be submitted) (**Michael Ward , Dr.; Kelli Ward , Dr.; Mole Medical Services, P.C. **)**
**Samek, Werther, Mills, LLC**
**2000 Duke Street Suite 300**
**Alexandria, Virginia  22314**
**703-547-4693**

---

| | |
|---|---|
| II. Basis of Jurisdiction: | **2. U.S. Government Defendant** |

III. Citizenship of Principal Parties **(Diversity Cases Only)**

| | |
|---|---|
| Plaintiff:- | **1 Citizen of This State** |
| Defendant:- | **6 Foreign State** |

| | |
|---|---|
| IV. Origin : | **1. Original Proceeding** |
| V. Nature of Suit: | **440 Other Civil Rights** |
| VI. Cause of Action: | **The Subpoena is an Ultra vires Action by the Committee and Thus Invalid; Violation of the 1st Amendment to the United States Constitution; Violation of State and Federal Statutory Privilege Protections; Violations of the Rules of the House of Representatives** |

VII. Requested in Complaint

| | |
|---|---|
| Class Action: | **No** |
| Dollar Demand: | **Declaratory relief; Injunctive Relief; Damages Provable at Trial** |
| Jury Demand: | **Yes** |

VIII. This case **is not related** to another case.

---

**Signature:  Alexander Kolodin**

**Date:  2/22/2022**

**If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.**

**Revised: 01/2014**