# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael P Ward, et al., | No. CV-22-08015-PCT-SMB |
| Plaintiffs, | **ORDER** |
| v. | |
| Bennie G Thompson, et al., | |
| Defendants. | |

**NOTICE TO PARTIES**

This Court adheres to Section D of the ECF Administrative Policies & Procedures Manual, specifically pages 8 & 9. Any motions, responses or replies filed for which a courtesy copy is not delivered to the Court, as required[1], will be stricken and not considered.

Dated this 2nd day of February, 2022.

Honorable Susan M. Brnovich
United States District Judge

---

[1] All motions exceeding 10 pages in length, including exhibits and attachments.