# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael P Ward, et al., | No. CV-22-08015-PCT-SMB |
| Plaintiffs, | **ORDER** |
| v. | |
| Bennie G Thompson, et al., | |
| Defendants. | |

I hereby recuse myself from any further action in the above-captioned matter.

**IT IS ORDERED** this case be reassigned, by lot, to another Judge in the District of Arizona.

**IT IS FURTHER ORDERED** that this matter has been reassigned by random lot to the James F. Metcalf. All future pleadings and papers submitted for filing shall bear the following complete case number: CV-22-08015-PCT-JFM.

Dated this 2nd day of February, 2022.

_(signature)_
Honorable Susan M. Brnovich
United States District Judge