Brett W. Johnson (#021527)
Tracy A. Olson (#034616)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
Facsimile: 602.382.6070
E-Mail: bwjohnson@swlaw.com
        tolson@swlaw.com

*Attorneys for Defendant T-Mobile USA, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA, PRESCOTT DIVISION

| | |
|---|---|
| Dr. Michael P. Ward, D.O. and Dr. Kelli Ward, D.O., husband and wife; and Mole Medical Services, P.C., an Arizona Professional Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>Bennie G. Thompson, in his official capacity as Chairman of the House Select Committee to Investigate the January 6th Attack on the United States Capitol; Select Committee to Investigate the January 6th Attack on the United States Capitol, a committee of the United States House of Representatives; T-Mobile USA, Inc., a Delaware Corporation,<br><br>Defendants. | No. 3:22-cv-08015-SMB<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Assigned to: Hon. Diane Humetewa |

Defendant T-Mobile USA, Inc. has conferred with Plaintiffs and have stipulated to the following:

Defendants Bennie G. Thompson and the House Select Committee to Investigate the January 6th Attack on the United States Capitol served T-Mobile with a subpoena dated January 19, 2022 to produce subscriber information, connection records, and records of session times and durations related to Plaintiffs' phone numbers. [Dkt. #1-1 at 2-8.]

On January 24, 2022, T-Mobile provided Plaintiffs with notice of the subpoena and informed them that it "intends to produce records associated with [their] account in response to the subpoena on February 4, 2022, unless [they or their] representative provided the company with documentation no later than February 2, 2022, confirming [they] have filed a motion for a protective order, motion to quash, or other legal process seeking to block compliance with the subpoena." [Dkt. #1 1-1 at 1.]

On February 1, 2022, Plaintiffs filed this lawsuit seeking to enjoin T-Mobile's compliance with the Committee's subpoena. Although the records at issue in this case are held by T-Mobile, the Complaint does not make any allegations of wrongdoing on the part of T-Mobile's or challenge any action independently taken by T-Mobile. [*See generally* Dkt. #1.]

Consistent with the notice, T-Mobile has not produced any records in response to the Committee's subpoena.

Given these facts and good cause appearing, T-Mobile and Plaintiffs HEREBY STIPULATE to extend T-Mobile's deadline to respond to the Complaint until May 30, 2022 and respectfully request that this Court enter an order effectuating this agreement.

DATED this 25th day of February, 2022.

                                                          SNELL & WILMER L.L.P.

By: */s/ Brett W. Johnson*
     Brett W. Johnson
     Tracy A. Olson
     One Arizona Center
     400 E. Van Buren, Suite 1900
     Phoenix, Arizona 85004-2202

THE DAVILLIER GROUP PLLC

By: */s/ Alexander Kolodin (w/ permission)*
     Alexander Kolodin
     Roger Strassburg
     Veronica Lucero
     Arno Naeckel
     20th Street, Suite 110
     Phoenix, AZ 85016

**CERTIFICATE OF SERVICE**

I certify that on February 25, 2022 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, which electronically sends a copy of same on to:

Alexander Kolodin
Roger Strassburg
Veronica Lucero
Arno Naeckel
The Davillier Law Group, LLC
4105 North 20th Street, Suite 110
Phoenix, AZ 85016
akolodin@davillierlawgroup.com
rstrassburg@davillierlawgroup.com
vlucero@davillierlawgroup.com
anaeckel@davillierlawgroup.com
phxadmin@davillierlawgroup.com

Laurin Mills
Samek Werther Mills, LLC
2000 Duke Street, Suite 300
Alexandria, VA 22314
laurin@samek-law.com


s/ Tracy Hobbs
4872-0222-7217