DOUGLAS N. LETTER (D.C. Bar No. 253492)
  General Counsel
TODD B. TATELMAN (VA Bar No. 66008)
  Principal Deputy General Counsel
ERIC R. COLUMBUS (D.C. Bar No. 487736)
  Special Litigation Counsel
STACIE M. FAHSEL (D.C. Bar. No. 1034314)
  Associate General Counsel
MICHELLE S. KALLEN (D.C. Bar No. 1030497)
  Special Litigation Counsel
OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
5140 O'Neill House Office Building
Washington, D.C. 20515
Telephone: (202) 225-9700
Douglas.Letter@mail.house.gov

*Attorneys for Congressional Defendants*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| DR. MICHAEL P. WARD, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>BENNIE G. THOMPSON, et al.,<br><br>    Defendants. | Case No. 3:22-cv-08015-DJH<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Assigned to: Judge Diane Humetewa |

    Defendants the United States House Select Committee to Investigate the January 6th Attack on the United States Capitol, and the Honorable Bennie G. Thompson ("Congressional Defendants") have conferred with Plaintiffs and have stipulated to the following:

    Congressional Defendants served Defendant T-Mobile USA, Inc. with a subpoena dated January 19, 2022, to produce subscriber information, connection

- 1 -

records, and records of session times and durations related to Plaintiffs' phone numbers. ECF No. 1-1 at 2-8.

T-Mobile provided Plaintiffs with notice of the subpoena on January 24, 2022 and informed them that it "intends to produce records associated with [their] account in response to the subpoena on February 4, 2022, unless [they or their] representative provided the company with documentation no later than February 2, 2022, confirming [they] have filed a motion for a protective order, motion to quash, or other legal process seeking to block compliance with the subpoena." ECF No. 25 at 2; ECF No. 1-1 at 1.

On February 1, 2022, Plaintiffs Dr. Michael P. Ward, Dr. Kelli Ward, and Mole Medical Services, P.C., filed their Complaint seeking declaratory and injunctive relief. On February 25, 2022, Plaintiffs and T-Mobile stipulated to extend T-Mobile's deadline to respond to the Complaint until May 30, 2022, ECF No. 25, which the Court approved, ECF No. 26.

The Congressional Defendants continue to be actively engaged in studying the various alternatives in this and other related litigation. Additionally, given the schedules of the Select Committee Members and the press of other critical House business, additional time is required prior to responding. There are no existing deadlines that will be affected.

Given these facts and good cause appearing, Congressional Defendants and Plaintiffs HEREBY STIPULATE to extend Congressional Defendants' deadline to respond to the Complaint until May 30, 2022.

Dated: April 14, 2022                    Respectfully submitted,

/s/ Douglas N. Letter
DOUGLAS N. LETTER
  General Counsel
TODD B. TATELMAN
  Principal Deputy General Counsel
ERIC R. COLUMBUS
  Special Litigation Counsel
STACIE M. FAHSEL
  Associate General Counsel
MICHELLE S. KALLEN
  Special Litigation Counsel
OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES

*Attorneys for Congressional Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 14, 2022, I caused the foregoing document to be filed via the CM/ECF system for the U.S. District Court for the District of Arizona, which I understand caused a copy to be served on all registered parties.

                                        */s/ Douglas N. Letter*
                                        Douglas N. Letter