1  DOUGLAS N. LETTER (D.C. Bar No. 253492)
     General Counsel
2  TODD B. TATELMAN (VA Bar No. 66008)
     Principal Deputy General Counsel
3  ERIC R. COLUMBUS (D.C. Bar No. 487736)
     Special Litigation Counsel
4  MICHELLE S. KALLEN (D.C. Bar No. 1030497)
     Special Litigation Counsel
5  STACIE M. FAHSEL (D.C. Bar. No. 1034314)
     Associate General Counsel
6  OFFICE OF GENERAL COUNSEL
   U.S. HOUSE OF REPRESENTATIVES
7  5140 O'Neill House Office Building
   Washington, D.C. 20515
8  Telephone: (202) 225-9700
   Douglas.Letter@mail.house.gov

*Attorneys for Congressional Defendants*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Dr. Michael P. Ward, et al.,

    Plaintiffs,

v.

Bennie G. Thompson, et al.,

    Defendants.

Case No. 3:22-cv-08015-DJH

**NOTICE OF ERRATA**

Assigned to: Judge Diane Humetewa

Congressional Defendants wish to clarify that the below portion of the stipulation of the parties, filed on May 17, 2022, was not included in the form of stipulation approved by Plaintiffs:

> In addition, the Select Committee's investigation continues to uncover new information almost daily, which requires continual adjustments and alternations to its plans and strategic approach. Finally, given that the Select Committee has announced multiple public hearings for the month of June[.]

- 1 -

This has no impact on the remainder of the stipulation of the parties.

Dated: May 18, 2022

Respectfully submitted,

/s/ Douglas N. Letter (with permission)
DOUGLAS N. LETTER
  General Counsel
TODD B. TATELMAN
  Principal Deputy General Counsel
ERIC R. COLUMBUS
  Special Litigation Counsel
STACIE M. FAHSEL
  Associate General Counsel
OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES

*Attorneys for Congressional Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 18, 2022, I caused the foregoing document to be filed via the CM/ECF system for the U.S. District Court for the District of Arizona, which I understand caused a copy to be served on all registered parties.

*/s/ Douglas N. Letter*
Douglas N. Letter
