DOUGLAS N. LETTER (D.C. Bar No. 253492)
  General Counsel
TODD B. TATELMAN (VA Bar No. 66008)
  Principal Deputy General Counsel
ERIC R. COLUMBUS (D.C. Bar No. 487736)
  Special Litigation Counsel
MICHELLE S. KALLEN (D.C. Bar No. 1030497)
  Special Litigation Counsel
STACIE M. FAHSEL (D.C. Bar. No. 1034314)
  Associate General Counsel
OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
5140 O'Neill House Office Building
Washington, D.C. 20515
Telephone: (202) 225-9700
Douglas.Letter@mail.house.gov

*Attorneys for Congressional Defendants*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dr. Michael P. Ward, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Bennie G. Thompson, et al., <br><br> Defendants. | Case No. 3:22-cv-08015-DJH <br><br> **THIRD STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** <br><br> Assigned to: Judge Diane Humetewa |

Congressional Defendants served Defendant T-Mobile USA, Inc. with a subpoena dated January 19, 2022, to produce subscriber information, connection records, and records of session times and durations related to Plaintiffs' phone numbers.  ECF No. 1-1 at 2-8.

T-Mobile provided Plaintiffs with notice of the subpoena on January 24, 2022 and informed them that it "intends to produce records associated with [their] account

- 1 -

in response to the subpoena on February 4, 2022, unless [they or their] representative provided the company with documentation no later than February 2, 2022, confirming [they] have filed a motion for a protective order, motion to quash, or other legal process seeking to block compliance with the subpoena." ECF No. 25 at 2; ECF No. 1-1 at 1.

On February 1, 2022, Plaintiffs Dr. Michael P. Ward, Dr. Kelli Ward, and Mole Medical Services, P.C., filed their Complaint seeking declaratory and injunctive relief. On February 25, 2022, Plaintiffs and T-Mobile stipulated to extend T-Mobile's deadline to respond to the Complaint until May 30, 2022 (ECF No. 25), which the Court approved. *See* Order, ECF No. 26, Feb. 28, 2022 (setting new date for responsive pleading of May 30, 2022). On April 14, 2022, Plaintiffs and Congressional Defendants stipulated to extend Congressional Defendants' deadline to respond to the Complaint until May 30, 2022 (ECF No. 30), which the Court approved. *See* Order, ECF No. 31, Apr. 14, 2022 (setting new date for responsive pleading of May 30, 2022). On May 17, 2022, Plaintiffs and Congressional Defendants stipulated to extend the deadline for all Defendants to respond to the Complaint until July 1, 2022 (ECF No. 32), which the Court also approved. *See* Order, ECF No. 33, May 17, 2022 (setting new date for responsive pleading of July 1, 2022).

The Congressional Defendants continue to be actively engaged in studying the various alternatives in this and other related litigation. There are no existing deadlines that will be affected by the granting of this motion.

Plaintiffs do not hereby intend to stipulate to the above assertions, which are representations of Defendants. However, Plaintiffs do stipulate and agree to the extension.

THEREFORE good cause appearing, Congressional Defendants and Plaintiffs HEREBY STIPULATE to extend the deadline for all Defendants to respond to the Complaint until August 1, 2022.

Dated: June 27, 2022                    Respectfully submitted,


                                        /s/ Douglas N. Letter
                                        DOUGLAS N. LETTER
                                          General Counsel
                                        TODD B. TATELMAN
                                          Principal Deputy General Counsel
                                        ERIC R. COLUMBUS
                                          Special Litigation Counsel
                                        MICHELLE S. KALLEN
                                          Special Litigation Counsel
                                        STACIE M. FAHSEL
                                          Associate General Counsel
                                         OFFICE OF GENERAL COUNSEL
                                        U.S. HOUSE OF
                                        REPRESENTATIVES

                                        *Attorneys for Congressional Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 27, 2022, I caused the foregoing document to be filed via the CM/ECF system for the U.S. District Court for the District of Arizona, which I understand caused a copy to be served on all registered parties.


*/s/ Douglas N. Letter*
Douglas N. Letter