Brett W. Johnson (#021527)
Tracy A. Olson (#034616)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
E-Mail: bwjohnson@swlaw.com
         tolson@swlaw.com

*Attorneys for Defendant T-Mobile USA, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dr. Michael P. Ward, D.O. and Dr. Kelli Ward, D.O., husband and wife; and Mole Medical Services, P.C., an Arizona Professional Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>Bennie G. Thompson, in his official capacity as Chairman of the House Select Committee to Investigate the January 6th Attack on the United States Capitol; Select Committee to Investigate the January 6th Attack on the United States Capitol, a committee of the United States House of Representatives; T-Mobile USA, Inc., a Delaware Corporation,<br><br>Defendants. | No. 3:22-cv-08015-SMB<br><br>**DEFENDANT T-MOBILE USA, INC.'S NOTICE OF FILING PROPOSED ORDER**<br><br>Assigned to: Hon. Diane Humetewa |

On June 27, 2022, Defendants Bennie G. Thompson and the House Select Committee to Investigate the January 6th Attack on the United States Capitol (collectively the "Committee") filed a stipulation on behalf of the parties "to extend the deadline for all Defendants to respond to the Complaint until August 1, 2022." In light of this stipulation and because the Committee's proposed order only seeks to extend its deadline to respond to the Complaint, Defendant T-Mobile USA, Inc. hereby gives notice that it has lodged a proposed order to extend its deadline to respond to the Complaint.

DATED this 27th day of June, 2022.

SNELL & WILMER L.L.P.

By: /s/ *Brett W. Johnson*
Brett W. Johnson
Tracy A. Olson
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202

# CERTIFICATE OF SERVICE

I certify that on June 27, 2022 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, which electronically sends a copy of same on to:

Alexander Kolodin
Roger Strassburg
Veronica Lucero
Arno Naeckel
The Davillier Law Group, LLC
4105 North 20th Street, Suite 110
Phoenix, AZ 85016
akolodin@davillierlawgroup.com
rstrassburg@davillierlawgroup.com
vlucero@davillierlawgroup.com
anaeckel@davillierlawgroup.com
phxadmin@davillierlawgroup.com

Laurin Mills
Samek Werther Mills, LLC
2000 Duke Street, Suite 300
Alexandria, VA 22314
laurin@samek-law.com

Douglas N. Letter
Todd B. Tatelman
Eric R. Columbus
Michelle S. Kallen
Stacie M. Fahsel
Office Of General Counsel
U.S. House Of Representatives
5140 O'Neill House Office Building
Washington, D.C. 20515
Telephone: (202) 225-9700
Douglas.Letter@mail.house.gov
Attorneys for Congressional Defendants


s/ Tracy Hobbs