DOUGLAS N. LETTER (D.C. Bar No. 253492)
  General Counsel
TODD B. TATELMAN (VA Bar No. 66008)
  Principal Deputy General Counsel
ERIC R. COLUMBUS (D.C. Bar No. 487736)
  Special Litigation Counsel
OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
5140 O'Neill House Office Building
Washington, D.C. 20515
Telephone: (202) 225-9700
Douglas.Letter@mail.house.gov

*Attorneys for Congressional Defendants*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| DR. MICHAEL P. WARD, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BENNIE G. THOMPSON, et al.,<br><br>Defendants. | Case No. 3:22-cv-08015-DJH<br><br>**NOTICE OF ATTORNEY WITHDRAWAL**<br><br>Assigned to: Judge Diane Humetewa |

I, Stacie M. Fahsel, currently listed as counsel for Congressional Defendants the United States House Select Committee to Investigate the January 6th Attack on the United States Capitol and the Honorable Bennie G. Thompson in the above-captioned case, move to withdraw as counsel. I am leaving my position in the Office of General Counsel. Please remove my name from the case docket and the electronic filing system. The Congressional Defendants will continue to be represented by the other attorneys who have entered appearances in this matter.

Dated: July 29, 2022

Respectfully submitted,

/s/ *Stacie M. Fahsel*
STACIE M. FAHSEL
  *Associate General Counsel*

Office of General Counsel
U.S. House of Representatives
5140 O'Neill House Office Building
Washington, D.C. 20515
(202) 225-9700
Stacie.Fahsel@mail.house.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on July 29, 2022, I caused the foregoing document to be filed via the CM/ECF system for the U.S. District Court for the District of Arizona, which I understand caused a copy to be served on all registered parties.

*/s/ Stacie M. Fahsel*
Stacie M. Fahsel