Brett W. Johnson (#021527)
Tracy A. Olson (#034616)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
E-Mail: bwjohnson@swlaw.com
         tolson@swlaw.com

*Attorneys for Defendant T-Mobile USA, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dr. Michael P. Ward, D.O. and Dr. Kelli Ward, D.O., husband and wife; and Mole Medical Services, P.C., an Arizona Professional Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>Bennie G. Thompson, in his official capacity as Chairman of the House Select Committee to Investigate the January 6th Attack on the United States Capitol; Select Committee to Investigate the January 6th Attack on the United States Capitol, a committee of the United States House of Representatives; T-Mobile USA, Inc., a Delaware Corporation,<br><br>Defendants. | No. 3:22-cv-08015-SMB<br><br>**DEFENDANT T-MOBILE USA, INC.'S ANSWER TO PLAINTIFFS' COMPLAINT**<br><br>Assigned to: Hon. Diane Humetewa |

**ANSWER TO COMPLAINT**

For its Answer to Plaintiffs' Amended Complaint, T-Mobile USA, Inc. ("T-Mobile") hereby admits, denies, and alleges as follows:

**INTRODUCTION**

1. Answering Paragraph 1, T-Mobile admits that on January 24, 2022 T-Mobile's Legal and Emergency Response Team sent a letter to Plaintiff Mole Medical Services PC regarding a Subpoena *Duces Tecum* from the United States House of

Representatives Select Committee to Investigate the January 6th Attack on the United States Capitol (the "Subpoena"). T-Mobile lacks sufficient knowledge or information to form a belief as to the date Plaintiffs received the letter, and on that basis the allegation is denied.

2. Answering Paragraph 2, T-Mobile admits that the January 19, 2022 Subpoena called for the production of certain documents covering a date range from November 1, 2020 to January 31, 2021, and that the Subpoena requested information related to a phone number ending "4220." T-Mobile denies the remaining allegations in the paragraph.

3. Answering Paragraph 3, T-Mobile admits the phone number ending in 4220 is under an account with multiple lines. T-Mobile denies the remaining allegations in the paragraph.

4. Answering Paragraph 4, the paragraph states legal conclusions and no response is required.

5. Answering Paragraph 5, the paragraph states legal conclusions and no response is required.

**PARTIES**

6. Answering Paragraph 6, T-Mobile lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations, and on that basis the allegations are denied.

7. Answering Paragraph 7, T-Mobile lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations, and on that basis the allegations are denied.

8. Answering Paragraph 8, T-Mobile lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations, and on that basis the allegations are denied.

9. Answering Paragraph 9, T-Mobile lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations, and on that basis the allegations

are denied.

10. Answering Paragraph 10, T-Mobile lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations, and on that basis the allegations are denied.

11. Answering Paragraph 11, T-Mobile admits that it is a Delaware corporation Plaintiffs' Complaint names T-Mobile only as a necessary party but does not state any allegations of wrongdoing or assert any claim or cause of action against T-Mobile. T-Mobile denies the remaining allegations in the paragraph.

## JURISDICTION AND VENUE

12. Answering Paragraph 12, the paragraph states legal conclusions and no response is required.

13. Answering Paragraph 13, the paragraph states legal conclusions and no response is required. To the extent a response is required, T-Mobile lacks sufficient knowledge or information to either admit or deny the factual allegations therein, and on that basis they are denied.

## BACKGROUND AND GENERAL ALLEGATIONS

14. T-Mobile lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in Paragraph 14, and on that basis the allegations are denied.

15. T-Mobile lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in Paragraph 15, and on that basis the allegations are denied.

16. T-Mobile lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in Paragraph 16, and on that basis the allegations are denied.

17. T-Mobile lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in Paragraph 17, and on that basis the allegations are denied.

18. T-Mobile lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in Paragraph 18, and on that basis the allegations are denied.

19. T-Mobile lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in Paragraph 19, and on that basis the allegations are denied.

20. T-Mobile lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in Paragraph 20, and on that basis the allegations are denied.

21. T-Mobile lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in Paragraph 21, and on that basis the allegations are denied.

22. T-Mobile lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in Paragraph 22, and on that basis the allegations are denied.

23. T-Mobile lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in Paragraph 23, and on that basis the allegations are denied.

24. T-Mobile lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in Paragraph 24, and on that basis the allegations are denied.

25. T-Mobile lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in Paragraph 25, and on that basis the allegations are denied.

26. T-Mobile lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in Paragraph 26, and on that basis the allegations are denied.

27. Answering Paragraph 27, T-Mobile admits the Subpoena requests T-Mobile

1  produce certain documents associated with a phone number ending in "4220." T-Mobile
2  denies the remaining allegations in the paragraph.

3       28.    Answering Paragraph 28, T-Mobile admits the Subpoena requests records from T-Mobile. To the extent the paragraph restates or quotes Exh. A to the Complaint, the document speaks for itself. T-Mobile denies the remaining allegations in the paragraph.

       29.    Answering Paragraph 29, T-Mobile admits the Subpoena requests records from T-Mobile. To the extent the paragraph restates or quotes Exh. A to the Complaint, the document speaks for itself. T-Mobile denies the remaining allegations in the paragraph.

       30.    Answering Paragraph 30, T-Mobile admits the Subpoena requests records from T-Mobile. To the extent the paragraph restates or quotes Exh. A to the Complaint, or an online website, the documents speak for themselves. T-Mobile denies the remaining allegations in the paragraph.

       31.    Answering Paragraph 31, the paragraph states legal conclusions and no response is required.

       32.    Answering Paragraph 32, the paragraph states legal conclusions and no response is required.

       33.    Answering Paragraph 33, the paragraph states legal conclusions and no response is required.

       34.    Answering Paragraph 34, the paragraph states legal conclusions and no response is required.

       35.    Answering Paragraph 35, T-Mobile lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations, and on that basis the allegations are denied.

       36.    Answering Paragraph 36, the paragraph states legal conclusions and no response is required.

## FIRST CAUSE OF ACTION

**Declaratory Judgment and Injunctive Relief**

**The Subpoena is an *Ultra vires* Action by the Committee and Thus Invalid**

**(Against All Defendants)**

37. Answering Paragraph 37, T-Mobile admits and denies the allegations as stated in its response to each paragraph.

38. Answering Paragraph 38, T-Mobile admits that the Subpoena requests T-Mobile produce records associated with a phone number ending in "4220." T-Mobile lacks sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations, and on that basis the allegations are denied.

39. Answering Paragraph 39, T-Mobile lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations, and on that basis the allegations are denied.

40. Answering Paragraph 40, the paragraph states legal conclusions and no response is required. To the extent that Paragraph 40 contains or relies on any factual allegations, T-Mobile lacks sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations, and on that basis the allegations are denied.

41. Answering Paragraph 41, the paragraph states legal conclusions and no response is required. To the extent that Paragraph 41 contains or relies on any factual allegations, T-Mobile lacks sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations, and on that basis the allegations are denied.

42. Answering Paragraph 42, the paragraph states legal conclusions and no response is required. To the extent that Paragraph 42 contains or relies on any factual allegations, T-Mobile lacks sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations, and on that basis the allegations are denied.

43. Answering Paragraph 43, the paragraph states legal conclusions and no response is required. To the extent that Paragraph 43 contains or relies on any factual allegations, T-Mobile lacks sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations, and on that basis the allegations are denied.

44. Answering Paragraph 44, T-Mobile lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in the first sentence,

1 | and on that basis the allegations are denied. The second sentence states legal conclusions
2 | and no response is required.

3 |     45.     Answering Paragraph 45, T-Mobile lacks sufficient knowledge or
4 | information to form a belief as to the truth or falsity of the allegations in the first sentence,
5 | and on that basis the allegations are denied. The second sentence states legal conclusions
6 | and no response is required.

## SECOND CAUSE OF ACTION

**Violation of the 1st Amendment to the United States Constitution**

**(Against Defendants Chairman Thompson and the Committee)**

46. Answering Paragraph 46, T-Mobile admits and denies the allegations as stated in its response to each paragraph.

47. Answering Paragraph 47, the paragraph states legal conclusions and no response is required.

48. Answering Paragraph 48, the paragraph states legal conclusions and no response is required.

49. Answering Paragraph 41, the paragraph states legal conclusions and no response is required. T-Mobile lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations, and on that basis they are denied.

50. Answering Paragraph 50, the paragraph states legal conclusions and no response is required.

51. Answering Paragraph 51, T-Mobile admits the Subpoena seeks connection records and records of session times and durations of calls made to and from a phone number ending in 4220, as well as other phone numbers associated with the same account, for the time period November 1, 2020 to January 31, 2021. T-Mobile lacks sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in the paragraph, and on this basis they are denied.

52. Answering Paragraph 52, the paragraph states legal conclusions and no response is required. To the extent that Paragraph 52 contains or relies on any factual

allegations, T-Mobile lacks sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations, and on that basis the allegations are denied.

53. Answering Paragraph 53, the paragraph states legal conclusions and no response is required. To the extent that Paragraph 53 contains or relies on any factual allegations, T-Mobile lacks sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations, and on that basis the allegations are denied.

54. Answering Paragraph 54, the paragraph states legal conclusions and no response is required. To the extent that Paragraph 54 contains or relies on any factual allegations, T-Mobile lacks sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations, and on that basis the allegations are denied.

55. Answering Paragraph 55, T-Mobile lacks sufficient knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the paragraph, and on that basis they are denied.

56. Answering Paragraph 56, T-Mobile lacks sufficient knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the paragraph, and on that basis they are denied.

57. Answering Paragraph 57, the paragraph states legal conclusions and no response is required. To the extent that Paragraph 57 contains or relies on any factual allegations, T-Mobile lacks sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations, and on that basis the allegations are denied.

58. Answering Paragraph 58, the paragraph states legal conclusions and no response is required.

59. Answering Paragraph 59, to the extent the allegations are directed at T-Mobile, they are denied.

## THIRD CAUSE OF ACTION

**Violation of State and Federal Statutory Privilege Protections**

**(Against Defendants Chairman Thompson and the Committee)**

60. Answering Paragraph 60, T-Mobile admits and denies the allegations as

stated in its response to each paragraph.

61. Answering Paragraph 61, the paragraph states legal conclusions and no response is required.

62. Answering Paragraph 62, the paragraph states legal conclusions and no response is required.

63. Answering Paragraph 63, the paragraph states legal conclusions and no response is required.

64. Answering Paragraph 64, the paragraph states legal conclusions and no response is required. To the extent that Paragraph 64 contains or relies on any factual allegations, T-Mobile lacks sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations, and on that basis the allegations are denied.

65. Answering Paragraph 65, the paragraph states legal conclusions and no response is required. To the extent that Paragraph 65 contains or relies on any factual allegations, T-Mobile lacks sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations, and on that basis the allegations are denied

66. Answering Paragraph 66, the paragraph states legal conclusions and no response is required.

67. Answering Paragraph 67 the paragraph states legal conclusions and no response is required. To the extent that Paragraph 67 contains or relies on any factual allegations, T-Mobile lacks sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations, and on that basis the allegations are denied

68. Answering Paragraph 68, the paragraph states legal conclusions and no response is required.

69. Answering Paragraph 69, the paragraph states legal conclusions and no response is required.

70. Answering Paragraph 70, the paragraph states legal conclusions and no response is required.

71. T-Mobile lacks sufficient knowledge or information to form a belief as to the

1  truth or falsity of the allegations in the paragraph, and on that basis they are denied.

2      72.    The allegations in paragraph 72 are legal conclusions, and on this basis T-Mobile denies.

4      73.    Answering Paragraph 73, the paragraph states legal conclusions and no response is required.

## FOURTH CAUSE OF ACTION

### Violation of the Rules of the House of Representatives

### (Against Defendants Chairman Thompson and the Committee)

74. Answering Paragraph 74, T-Mobile admits and denies the allegations as stated in its response to each paragraph.

75. Answering Paragraph 75, T-Mobile lacks sufficient knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the paragraph, and on that basis, they are denied.

76. Answering Paragraph 76, T-Mobile lacks sufficient knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the paragraph, and on that basis they are denied.

77. Answering Paragraph 77, T-Mobile lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in the paragraph, and on that basis they are denied.

78. Answering Paragraph 78, T-Mobile lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in the paragraph, and on that basis they are denied.

79. Answering Paragraph 79, T-Mobile lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in the paragraph, and on that basis they are denied.

80. Answering Paragraph 80, the paragraph states legal conclusions and no response is required. To the extent that Paragraph 80 contains or relies on any factual allegations, T-Mobile lacks sufficient knowledge or information to form a belief as to the

1 | truth or falsity of the remaining allegations, and on that basis the allegations are denied

2 |     81.    Answering Paragraph 81, the paragraph states legal conclusions and no response is required. To the extent that Paragraph 81 contains or relies on any factual allegations, T-Mobile lacks sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations, and on that basis the allegations are denied

    82.    Answering Paragraph 82, the paragraph states legal conclusions and no response is required.

    83.    Answering Paragraph 83, the paragraph states legal conclusions and no response is required.

    84.    The allegations in paragraph 84 are legal conclusions, and on this basis T-Mobile denies.

    85.    T-Mobile admits that the Subpoena issued to T-Mobile requested production of records. The remaining allegations in paragraph 85 are legal conclusions, and on that basis T-Mobile denies.

    86.    The allegations in paragraph 86 are legal conclusions, and on that basis T-Mobile denies.

    87.    The allegations in paragraph 87 are legal conclusions, and on that basis T-Mobile denies.

    88.    The allegations in paragraph 88 are legal conclusions, and on that basis T-Mobile denies.

    89.    The allegations in paragraph 89 are legal conclusions, and on that basis T-Mobile denies.

    90.    The allegations in paragraph 90 are legal conclusions, and on that basis T-Mobile denies.

    91.    The allegations in paragraph 91 are legal conclusions, and on that basis T-Mobile denies.

**AFFIRMATIVE DEFENSES**

T-Mobile denies all allegations of the Complaint, including prayers for relief, not

expressly admitted in the Answer. The following defenses are applicable, where appropriate, to Plaintiffs' claims for relief.

1. Plaintiffs' Complaint fails to state a claim against T-Mobile upon which this Court may grant relief.

2. To the extent Plaintiffs' Complaint alleges T-Mobile has obligations under the Health Insurance Portability and Accountability Act and Arizona's physician-patient privileges, T-Mobile does not.

3. T-Mobile may have further and additional defenses which are not yet known but which may become known through future discovery. T-Mobile asserts herein each and every affirmative defenses as may be ascertained through future discovery, including those required by Rules 8 and 12 of the Federal Rules of Civil Procedure.

## PRAYER FOR RELIEF

**WHEREFORE,** T-Mobile, having fully answered Plaintiffs' Complaint, T-Mobile requests that this matter be dismissed with prejudice as to T-Mobile. T-Mobile reserves the right to seek an award of costs and fees, including but not limited to attorneys' fees incurred herein, pursuant to 42 U.S.C. § 1988, and other applicable law or authority, and for such other and further relief as the Court deems just and proper.

DATED this 8th day of August, 2022.

SNELL & WILMER L.L.P.

By: /s/ *Brett W. Johnson*
Brett W. Johnson
Tracy A. Olson
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202

**CERTIFICATE OF SERVICE**

I certify that on August 8th, 2022 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, which electronically sends a copy of same on to:

Alexander Kolodin
Roger Strassburg
Veronica Lucero
Arno Naeckel
The Davillier Law Group, LLC
4105 North 20th Street, Suite 110
Phoenix, AZ 85016
akolodin@davillierlawgroup.com
rstrassburg@davillierlawgroup.com
vlucero@davillierlawgroup.com
anaeckel@davillierlawgroup.com
phxadmin@davillierlawgroup.com

Laurin Mills
Samek Werther Mills, LLC
2000 Duke Street, Suite 300
Alexandria, VA 22314
laurin@samek-law.com

Douglas N. Letter
Todd B. Tatelman
Eric R. Columbus
Michelle S. Kallen
Stacie M. Fahsel
Office Of General Counsel
U.S. House Of Representatives
5140 O'Neill House Office Building
Washington, D.C. 20515
Telephone: (202) 225-9700
Douglas.Letter@mail.house.gov
Attorneys for Congressional Defendants


s/ *Richard A. Schaan*