# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 3:22-cv-08015-JFM

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: February 1, 2022

Date of judgment or order you are appealing: September 22, 2022

Docket entry number of judgment or order you are appealing: Doc. 55

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

☒ Yes  ☐ No  ☐ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Dr. Michael P. Ward, D.O. and Dr. Kelli Ward, D.O., husband and wife; Mole Medical Services, P.C., an Arizona Professional Corporation

Is this a cross-appeal?  ☐ Yes  ☒ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case?  ☐ Yes  ☒ No

If yes, what is the prior appeal case number?

Your mailing address (if pro se):

City:  State:  Zip Code:

Prisoner Inmate or A Number (if applicable):

Signature: *Alexander Kolodin*   Date: September, 23 2022

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 1                                                                 Rev. 06/09/2022

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*
Name(s) of party/parties:

> Dr. Michael P. Ward, D.O. and Dr. Kelli Ward, D.O., husband and wife; Mole Medical Services, P.C., an Arizona Professional Corporation

Name(s) of counsel (if any):

> Alexander Kolodin, Brant Hadaway

Address: 4105 North 20th Street, Suite 110 Phoenix, AZ 85016

Telephone number(s): (602) 730-2985

Email(s): akolodin@davillierlawgroup.com, bhadaway@davillierlawgroup.c

Is counsel registered for Electronic Filing in the 9th Circuit?    ⦿ Yes    ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*
Name(s) of party/parties:

> Bennie G. Thompson, in his official capacity; Select Committee to Investiga the January 6th Attack on the United States Capitol

Name(s) of counsel (if any):

> Douglas Letter, Todd Tatelman, Eric Columbus

Address: 5140 O'Neill House Office Building Washington, D.C. 20515

Telephone number(s): (202) 225-9700

Email(s): Douglas.Letter@mail.house.gov

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                          1                                  *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):
Laurin Mills (pro hac vice below)

Address: 2000 Duke Street Suite 300 Alexandria, VA 22314

Telephone number(s): (703) 547-4693

Email(s): laurin@samek-law.com

Is counsel registered for Electronic Filing in the 9th Circuit?  ○ Yes   ● No

**Appellees**

Name(s) of party/parties:
T-Mobile USA, Inc.

Name(s) of counsel (if any):
Brett W. Johnson, Tracy A. Olson

Address: 400 E. Van Buren, Suite 1900 Phoenix, Arizona 85004-2202

Telephone number(s): (602) 382-6000

Email(s): bwjohnson@swlaw.com, tolson@swlaw.com

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 6  |  2  |  New 12/01/2018