|  | FILED |
|---|---|
| UNITED STATES COURT OF APPEALS | |
| FOR THE NINTH CIRCUIT | NOV 21 2022 |
|  | MOLLY C. DWYER, CLERK |
|  | U.S. COURT OF APPEALS |

MICHAEL P. WARD, Dr., D.O., husband; et al.,

        Plaintiffs-Appellants,

 v.

BENNIE G. THOMPSON, in his official capacity as Chairman of the House Select Committee to Investigate the January 6th Attack on the United States Capitol; et al.,

        Defendants-Appellees.

No.   22-16473

D.C. No. 3:22-cv-08015-DJH
District of Arizona,
Prescott

ORDER

The parties' stipulated motion (Docket Entry No. 18) to dismiss is granted.

This appeal is dismissed.  Fed. R. App. P. 42(b).

    Costs and fees shall be allocated pursuant to the parties' stipulation.

    This order served on the district court acts as the mandate of this court.

    All pending motions are denied as moot.

                                FOR THE COURT:

                                MOLLY C. DWYER
                                CLERK OF COURT


                                By: Sofia Salazar-Rubio
                                Deputy Clerk
                                Ninth Circuit Rule 27-7

SSR/Pro Mo